# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134137

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                    SC: 134137
                                                    COA: 274184
                                                    Wayne CC: 02-006678-01

STANLEY JEROME BROWN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 14, 2007 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall address whether the defendant's trial attorney was ineffective for failing to procure staff activity logs before trial. The prosecutor shall also address whether staff activity logs and the victim's deposition testimony from the civil case, to the extent that the deposition testimony is inconsistent with the victim's prior testimony, constitute new evidence that could justify a retrial under the standard for relief applicable to a motion for relief from judgment.

      The application for leave to appeal remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

d0421

Clerk